470 A.2d 1044

Commonwealth v. Toothaker, Appellant.

Petition for Allowance of Appeal
Denied June 28, 1984.

Argued December 14, 1983. Gary R. Eqoville, Assistant Public Defender, for appellant; Joseph J. Hylan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CIRILLO and JOHNSON, JJ.

Judgment of sentence affirmed.